```
MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DENNIS NORTON & ) <br> MARGIE NOVAK, ) <br> ) <br> Defendants. ) <br> _____) | CASE NO. MAG 05-308 JFM <br><br> **AMENDED** STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME |

The parties agree that time beginning December 1, 2005 and extending through January 12, 2006 should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendants consent to an extension of the time for preliminary examination until January 12, 2006. Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, the time is required so that the government and defense may review evidence and analyze a possible pre-indictment disposition. The parties stipulate that this interest of justice

1

outweighs the interest of the public and the defendant in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b), (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.  Fed. R. Crim. P. 5.1(d).

                                          Respectfully Submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

DATE: December 5, 2005     By:  /s/ Matt Segal
                                          MATTHEW D. SEGAL
                                          Assistant U.S. Attorney

DATE: December 5, 2005         /s/ Mary French by MDS
                                          MARY FRENCH
                                          Attorney for Dennis Norton

DATE: December 5, 2005         /s/ Joseph Weisman by MDS
                                          JOSEPH WEISMAN
                                          Attorney for Margie Novak

**SO ORDERED.  12/9/05**

/s/ Gregory G. Hollows
_____
Gregory G. Hollows
U.S. Magistrate Judge

norton308.ord