```
MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MAG 05-308 JFM |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY |
| v. | EXAMINATION AND EXCLUDE TIME |
| DENNIS NORTON & MARGIE NOVAK, | |
| Defendants. | |

The parties agree that time beginning January 12, 2006 and extending through February 9, 2006 should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendants consent to an extension of the time for preliminary examination until February 9, 2006. Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, the time is required so that the government and defense may review evidence and analyze a possible pre-indictment disposition. The government has gathered discovery materials and

1

is now, pre-indictment, forwarding those materials to counsel for the Defendants for analysis. The parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b), (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases. Fed. R. Crim. P. 5.1(d).

                                              Respectfully Submitted,

                                              McGREGOR W. SCOTT
                                              United States Attorney

DATE: December 5, 2005        By:   /s/ Matt Segal
                                              MATTHEW D. SEGAL
                                              Assistant U.S. Attorney

DATE: December 5, 2005             /s/ Rachelle Barbour
                                              RACHELLE BARBOUR
                                              Attorney for Dennis Norton

DATE: December 5, 2005             /s/ Joseph Weisman
                                              JOSEPH WEISMAN
                                              Attorney for Margie Novak

**SO ORDERED.** Dated: 1/12/06

/s/ Gregory G. Hollows
_____
HON. GREGORY G. HOLLOWS
U.S. Magistrate Judge

norton.308